# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

**UNITED STATES OF AMERICA**

-vs-

**HECTOR YULFO**

Case Number: **2:05-CR-123-FTM-34DNF**

USM Number: **33491-018**

Russell Rosenthal, AFPD
1514 Broadway, Suite 301
Fort Myers, FL 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to the violation charged in paragraph number Two of the Petition. The defendant is adjudicated guilty of this violation:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Two | Positive urinalysis for heroin, in violation of condition 7 of the Standard Conditions of Supervision: On October 9, 2007, the subject submitted a positive test for Opiate usage. As of this date this testing is still being confirmed. Further, on October 11, 2007, while being tested in the United States Probation Office, the subject admitted that he used heroin on October 9, 2007. | October 9, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Violation One was dismissed on the motion of the United States.**

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

12/07/2007

*[signature]*
MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

December  12  ,2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

HECTOR YULFO
2:05-CR-123-FTM-34DNF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 Months**.

**The Court recommends to the Bureau of Prisons:**

1. Participation in the 500 hour intensive drug program or any other drug treatment program available.
2. Incarceration as close to his home in Fort Myers, Florida, if possible.

**The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

HECTOR YULFO
2:05-CR-123-FTM-34DNF

## SUPERVISED RELEASE

The Court Orders that the defendant's Supervised Release is revoked and that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 12 months.

Upon service of the sentence herein, defendant shall be discharged from further jurisdiction of the Court in this case.

AO 245B (Rev. 6/05) Judgment in a Criminal Case